IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CRYSTAL MINNIX ET AL., | ) |
| Plaintiffs, | ) Case No. 7:23-cv-091 |
| v. | ) By: Michael F. Urbanski |
| | ) Chief United States District Judge |
| SINCLAIR TELEVISION GROUP, INC., ET AL., | ) |
| Defendants. | ) |

### ORDER

This matter was referred to the Honorable C. Kailani Memmer, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B),[1] for proposed findings of fact and a recommended disposition. Order, ECF No. 27. The magistrate judge filed a report and recommendation on January 26, 2024, recommending that the court award attorney's fees in the amount of $6,514 to defendants Bridgette Craighead and Black Lives Matter Franklin County. ECF No. 28. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. It is accordingly **ORDERED** and **ADJUDGED** that:

1. The magistrate judge's report and recommendation, ECF No. 28, is **ADOPTED in its entirety**.

---

[1] The court referenced 28 U.S.C. § 636(b)(1)(A) in its order referring this matter to the magistrate judge. Order, ECF No. 27. The magistrate judge properly issued a report and recommendation as authorized by § 636(b)(1)(B), and the court adopts this report and recommendation pursuant to that subsection of § 636.

2. Plaintiffs are **ORDERED** to pay $6,514 in attorney's fees to defendants Bridgette Craighead and Black Lives Matter Franklin County.

The clerk is directed to strike this matter from the active docket of the court. It is **SO ORDERED**.

Entered: March 4, 2024

Michael F. Urbanski
Chief United States District Judge

2